# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

MARIA GALLAGHER,

    Plaintiff,

v.                                        Case No: 5:20-cv-64-Oc-30PRL

STEAK N SHAKE INC,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is a Notice of Voluntary Dismissal (Dkt. 4).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions, if any, are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of February, 2020.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record